No. 15-1056

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

ALEXANDER S. ORENSHTEYN
                *Plaintiff,*
v.

CITRIX SYSTEMS, INC.
                *Defendant-Appellee.*

Appeal from the United States District Court for the Southern District of Florida in Civil Action No. 02-CV-60478 ZLOCH, District Judge William J. Zlock

**APPELLANTS, SANCTIONED PARTIES, DAVID FINK AND TIMOTHY W. JOHNSON, RESPECTFULLY SUBMIT THIS UNOPPOSED MOTION FOR A 14 DAY EXTENSION OF TIME (UNTIL December 29, 2014) TO FILE THEIR OPENING BRIEF**

Date: December 9, 2014

                              David Fink
                              7519 Apache Plume
                              Houston, TX 77071
                              (713) 729-4991

                              *Attorney for Appellants,*
                              *Sanctioned Parties,*
                              *David Fink and Timothy W. Johnson*

Pursuant to Federal rules of Appellate Procedure 26(b) and 27, Appellants, Sanctioned Parties, David Fink and Timothy W. Johnson, move for a 14 day extension of time in which to file their Opening Brief in this Appeal. This is the first extension of time by Appellants in this case. The new date for filing is December 29, 2014, 14 days after the present deadline for filing, December 15, 2014.

The undersigned lead attorney has had an unexpected medical operation. Due to an error on my part to communicate instructions properly, a request for an extension of time was incorrectly filed. See Exhibit A.

Citrix has kindly agreed to refrain from opposing this request.

Date: December 9, 2014

                                                                Respectfully submitted,

                                                             /s/ David Fink
                                                               David Fink

                                                        Attorney for Sanctioned Parties,
                                                        David Fink and Timothy W. Johnson

**EXHIBIT A**

## Declaration of David Fink

I, David Fink, declare the following:

1. I am lead counsel for Appellants David Fink and Timothy W. Johnson.

2. About two weeks ago I was examined by my cardiologist for a persistent pain in both of my legs, after having been subjected to several medical tests.

3. I was informed that my left leg had a blockage of more than 70% and I was advised to have an operation as soon as possible.

4. Fortunately, I learned that the operation could be performed two days later and I had the operation two days later.

5. The operation appears to be successful at this time.

6. The medical tests and the medical operation have seriously impacted my available time to deal with deadlines.

7. I inadvertently provided incorrect instructions for requesting an extension of time and I apologize for the erroneous filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 9, 2014, at Houston, TX

/s/ David Fink
David Fink

# CERTIFICATE OF INTEREST

Counsel for Appellants certifies the following:

1. I represent David Fink and Timothy W. Johnson.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented: Not Applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the party or amicus curiae represented: None.

4. The names of all law firms and the partners and associates that appeared for the party or amicus now represented in trial court or agency or expected to appear in this court are:

   Fink & Johnson; David Fink; Timothy W. Johnson.

   David Fink

Date:  December 9, 2014                         Respectfully submitted,

                                                By: /s/ David Fink
                                                        David Fink
                                                *Attorney for Appellant*,
                                                Sanctioned Parties,
                                                David Fink, and Timothy W. Johnson

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Appellate Procedure and Federal Circuit Rule 25, I hereby certify that on December 9, 2014, I caused this Motion to be served via the Federal Circuit's CM/ECF system on counsel of record for the Appellee.

December 9, 2014, Houston, TX

                                                <u>/s/ David Fink</u>
                                                David Fink

                                                Attorney for Plaintiff-Appellant